UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JODDIE B. PATTERSON** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL W. WYNNE, SECRETARY** )<br>**U.S. DEPARTMENT OF THE AIR FORCE** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1438 (RMU) |

AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Joddie B. Patterson in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3588 6326 on October 12, 2007 to: the United States Attorney, 950 Pennsylvania Avenue, N.W., Washington, DC, 20530. Delivery of the Complaint and Summons was made on October 15, 2007. Copies of the certified mail receipt, as well as confirmation of the delivery by the U.S. Postal Service are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge, information and belief.

\_\_\_12/10/07_____          _____/s_____
Dated                                                              Camilla C. McKinney, Esq.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7099 3400 0018 3588 6326
Detailed Results:

- Delivered, October 15, 2007, 4:53 am, WASHINGTON, DC 20530
- Notice Left, October 15, 2007, 3:10 am, WASHINGTON, DC 20530
- Arrival at Unit, October 15, 2007, 2:40 am, WASHINGTON, DC 20022
- Acceptance, October 12, 2007, 5:25 pm, WASHINGTON, DC 20043

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ $1.31 | 0238 |
| Certified Fee | $2.65 | 19 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.11 | 10/12/2007 |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
PETER KEISER
Street, Apt. No.; or PO Box No.
950 PENNSYLVANIA AVE NW
City, State, ZIP+4
WASHINGTON DC 20530

PS Form 3800, February 2000                See Reverse for Instructions

7099 3400 0018 3588 6326