**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JODDIE B. PATTERSON** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 07-1438 (RMU) |
|  | ) |
| **MICHAEL W. WYNNE, SECRETARY** | ) |
| **U.S. DEPARTMENT OF THE AIR FORCE** | ) |
|  | ) |
| Defendant. | ) |

### AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Joddie B. Patterson in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3588 6296 on October 12, 2007 to: the Secretary for the U.S. Department of the Air Force, The Pentagon, Washington, DC 20330. Delivery of the Complaint and Summons was made on October 15, 2007. Copies of the certified mail receipt, as well as confirmation of the delivery by the U.S. Postal Service are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge, information and belief.

\_\_\_12/10/07_____    _____/s_____
Dated                                                      Camilla C. McKinney, Esq.



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7099 3400 0018 3588 6296
Detailed Results:

- Delivered, October 15, 2007, 7:38 am, WASHINGTON, DC 20310
- Arrival at Unit, October 15, 2007, 2:50 am, WASHINGTON, DC 20022
- Acceptance, October 12, 2007, 5:23 pm, WASHINGTON, DC 20043

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )    ( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20330

| | | |
|---|---|---|
| Postage | $1.31 | 0238 |
| Certified Fee | $2.65 | 19 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees  $ | $6.11 | 10/12/2007 |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
MICHAEL W. WAYNE
Street, Apt. No.; or PO Box No.
THE PENTAGON
City, State, ZIP+4
WASHINGTON DC 20330

7099 3400 0018 3588 6296

PS Form 3800, February 2000        See Reverse for Instructions