UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JODDIE B. PATTERSON,                )   | |
|                                                               )   | |
| PLAINTIFF                )   | |
|                                                               )   | |
| v.                                                        )   | Civ. Act. No.  07-1438 (RMU) |
|                                                               )   | |
| MICHAEL W. WYNNE                    )   | |
| Secretary, Smithsonian Institution  ) | |
|                                                               )   | |
| DEFENDANT              )   | |

\* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION FOR AN ENLARGEMENT OF TIME
### TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant, Michael Wynne, as Secretary of the United States Department of the Air Force, in his official capacity, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's amended complaint, until, January 16, 2007.  The answer would otherwise be due on Monday, December17, 2007.  This is Defendant's first request for an extension.  Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m), and has consented to this motion.  Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act, ("ADEA") for gender, race age discrimination, and retaliation.

Additional time is required to investigate the allegations contained in the complaint, to review Plaintiff's administrative claim file and to confer with agency counsel.  In addition, defense counsel has had other litigation responsibilities in the interim including the following: Motion to Dismiss in Winston v. Samper, Civ. Act No. 07-1411(RWR); Motion for Summary Judgment in Daniels v. Bruce James, Civ. act. No. 05-2455 (GK); Appellate brief in Kaufman v.

Gonzales, District of Columbia, Circuit Court Case No. 06-5259; preparing witnesses and defending depositions in Esquibel v. Cino, Civ. Act. No. 06-1485 (PLF) and Hawkins v. Gonzales, Civ. Act. No. 07-0010 (CKK); and preparing for mediation in Legnini v. USA, Civ. Act. No. 06-0012 (RJL).

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JODDIE B. PATTERSON,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | Civ. Act. No.  07-1438 (RMU) |
| ) | |
| **MICHAEL W. WYNNE** ) | |
| **Secretary, Smithsonian Institution** ) | |
| ) | |
| **DEFENDANT** ) | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

This matter comes before the Court on the parties' Consent Motion for Enlargement of Time to Answer, Plead or Otherwise Move.  It is by the Court this \_\_\_\_ day of _____, 2007 hereby

ORDERED that the Motion for an Enlargement of Time to Plead is hereby GRANTED. The Parties have until January 16, 2007 to Answer, Plead or Otherwise Move in the aforementioned matter.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE