## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JODDIE B. PATTERSON,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) | **Civ. Act. No.  07-1438 (RMU)** |
| | ) | **(Status Conf.: October 14, 2008)** |
| **MICHAEL W. WYNNE** | ) | |
| **Secretary, Smithsonian Institution** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

\* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR AN ENLARGEMENT OF TIME
## TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS

The parties respectfully request, pursuant to Fed. R. Civ. P. 6, an enlargement of time until January 15, 2009, to complete discovery; until March 5, 2009 for the Defendant to file its Motion for Summary Judgment; and until April 20, 2009 for Plaintiff to file an Opposition.[1]  See attached Proposed Order.  The parties also request an postponement of the Status Conference currently scheduled for October 14, 2008 until February 2009.  Discovery is now scheduled to be closed on October 8, 2008.  This is the parties' first request for an extension to complete discovery.  Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act, ("ADEA") for gender, race and age discrimination, and retaliation.

The parties attended mediation on August 12, 2008, but the case was not resolved at that

---

[1]  Originally, Defendant's Motion for Summary Judgment was scheduled for November 21, 2008; the Opposition was due on January 5, 2009 and the reply was due on January 20, 2009.

time.  It is the intent of the parties to submit to mediation again at the end of discovery.[2]  The

additional time is being requested to give the parties enough time to conclude formal discovery.

Good cause exists for the granting of this motion.  Preparation of the discovery items has

been complicated by travel schedules, including family vacation schedules, of the people whose

input is necessary for preparation of these items.  In addition to these complications, undersigned

counsel for defendant must prepare these discovery items while simultaneously discharging her

responsibilities in other cases.  A representative, non-exclusive sample of those responsibilities

in the coming weeks includes, but is not limited to:

- Preparing and filing a motion for summary judgment in Sealey v. USDOJ, et al., Civ. Act. No. 08-0176 (CKK) (due August 27, 2008).

- Responding to subpoena served on the United States Department of Justice by plaintiff in a civil action being litigated in another district.  This subpoena is related to another subpoena that was the subject of motions practice in In re Apollo Securities Litigation, Misc. No. 06-0558 (CKK).

- Preparing and filing a Motion to Quash in subpoena matter that was removed to federal court.  U.S. v. Phillip Palmer, Misc. No. 08-0530 (JR) (due September 2, 2008)

- Continuing efforts to negotiate a settlement in Keller v. Dept of State, Civ. Act. No. 06-0816(CKK) (mediation on-going).

- Taking and defending depositions in Brown v. U.S.A., Civ. Act. No. 05-2309 (EGS) during the month of September.

- Conducting discovery in Anderson v. Spellings, Civ. Act. No. 06-1565 (RMC).

- Preparing and filing a Motion for Summary Affirmance in Simpson v. Thompson, Ct. Of Appeals No. 08-5211 (due September 2, 2008)

- Preparing for evidentiary hearing in Johnson v. Spellings, Civ. Act. No. 06-0321

_____

[2]  Although the PACER docket indicates that mediation is now scheduled for October 14, 2008 that date will have to be extended in order for the parties to complete discovery.

2

(GK) (scheduled for September 4, 2008)

- Status Conference in <u>Daniels v. James</u>, Civ. Act. No. 05-2455 (GK) (scheduled for September 4, 2008)

- Providing initial disclosures in <u>Brunotte v. Doan</u>, Civ. No. 08-0587 (HHK)

- Preparing mediation statement for mediation in <u>Gallahan v. Winter</u>, Civ. Act. No. 08-0544 (RMC) ( statement due on September 23, 2008; mediation scheduled for October 1, 2008).

- Trial in <u>Arrington v. United States Park Police, et al.</u>, Civ. Act. No. 01-1391 (CKK) (scheduled for December 1, 2008)

In short, the requested enlargement is reasonably necessary to allow completion of discovery. The parties are also requesting an attendant extension of the deadline for the Motion for Summary judgment until March 5, 2009; until April 20, 2009 for Plaintiff to file an Opposition and a postponement of the Status Conference currently scheduled for October 14, 2008 until February 2009. See attached Proposed Order. The parties will engage in mediation at the end of discovery.

<u>**CONCLUSION**</u>

For the foregoing reasons, the parties respectfully request that this joint motion to enlarge time for the remaining discovery be granted. A proposed order is attached.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/                                      /s/
_____        _____
Camilla C. McKinney, Esq          JEFFREY A. TAYLOR,
McKinney & Associates, PLLC      D.C. BAR # 498610
1100 Fifteenth Street, N.W., Suite # 300    United States Attorney

3

Washington D.C. 20005

202.861.2934/ 202.517.9111 (fax)

/s/
_____

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____      /s/
_____

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JODDIE B. PATTERSON,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **Civ. Act. No.  07-1438 (RMU)** |
| | ) | |
| **MICHAEL W. WYNNE** | ) | |
| **Secretary, Smithsonian Institution** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

\* \* \* \* \* \* \* \* \*

**<u>PROPOSED ORDER</u>**

This matter comes before the Court on the parties' Joint Motion for Enlargement of Time to Extend Discovery and for the Defendant to file his Motion for Summary Judgment.  It is by the Court this _____ day of _____, 2008 hereby

ORDERED that the Motion for an Enlargement of Time is hereby GRANTED.  The Parties shall have until January  22, 2009 to complete discovery and until March 5, 2009 for the Defendant to file its Motion for Summary Judgment; April 20, 2009 for the Opposition; and May 4, 2009 for the Reply.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE